

1 Reginald R. Hindley #113144
Ryan A. Henderson #257487

2 Law Office of Reginald R. Hindley
718 Orchard Street

3 Santa Rosa, CA  95404
Telephone:  (707) 575-3700

4 Facsimile:    (707) 575-3020
Email:        Hindley.Law@earthlink.net

5

6 Attorneys for Plaintiff(s),
Davide and Laura Pacchini

**Signed and Filed: May 23, 2011**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

_____

7

8 UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO DIVISION

10 In re:                                          Case No. 09-32127

11 GARY J. ROSSI,                          Adversary Proceeding: 09-3195

12          Debtor.                               Chapter 7
                                                         Previous Chapter 11
13

14 DAVIDE & LAURA PACCHINI,      JUDGMENT OF NONDISCHARGEABILITY

          Plaintiffs,
15

16 v.

17 GARY J. ROSSI,

18          Defendant.

19

20       Davide and Laura Pacchini  (the "Plaintiffs") having filed and served their

21 complaint against Gary Rossi (the "Defendant"); the Clerk having entered the default of

22 the Defendant for failing to answer the complaint; and the Plaintiffs having established

23 their entitlement to Default Judgment; accordingly, it is

24

25 ORDERED, ADJUDGED and DECREED that

26    1. The amounts owed by Defendant to the Plaintiffs from the state court judgment

27       entered on March 24, 2009 in case number CGC-08-471305 in Superior Court of

28       the State of California, County of San Francisco are excepted from any

1

1    bankruptcy discharge as the state court judgment is based on a transaction that

2    falls within the exceptions to discharge listed in 11 U.S.C. § 523 (a)(2), and

3    (a)(4).

4    2.  Plaintiffs may apply for taxable costs and fees pursuant to Civil Local Rule 54.

5    ***END OF JUDGMENT***

2

COURT SERVICE LIST

Jeffrey A. Berger
Berger Law Offices
PO Box 611388
San Jose, CA  95161

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3